**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1199**

_____

MARIE J. CLINTON,

Petitioner,

versus

UNITED STATES POSTAL SERVICE; AMERICAN POSTAL
WORKERS UNION, AFL-CIO,

Respondents.

_____

On Petition for Review of an Order of the United States Postal
Service. (D90C-1D-96-21540)

_____

Submitted:  June 19, 1997          Decided:  June 27, 1997

_____

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Marie J. Clinton, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marie Clinton seeks review of a decision by the United States Postal Service Arbitration Panel dismissing her grievance. We dismiss for lack of jurisdiction. See 5 U.S.C.A. § 7121(d) (1982); Fed. Cir. R. 15. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2